IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CECILIA CRAWFORD, | ) | |
| | ) | Civil Action No. 7:20cv00488 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| D. HOLMAN, *et al.*, | ) | By:  Hon. Thomas T. Cullen |
| | ) |         United States District Judge |
| Defendants. | ) | |

Plaintiff Cecilia Crawford, proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. By conditional filing order entered August 18, 2020, the court advised Crawford that she must notify the court in writing immediately upon her transfer or release and must provide the court with her new address. (*See* ECF No. 3.) The court further advised Crawford that failure to provide an updated address would result in dismissal of this action. (*Id.*) On October 20, 2022, an order mailed to Crawford was returned to the court as undeliverable, with no forwarding address, and indicating that Crawford is no longer an inmate in the Virginia Department of Corrections. (*See* ECF No. 36.) Crawford has not provided the court with an updated address. Accordingly, the court will dismiss this action without prejudice for failure to comply with the court's order. The court notes that this dismissal is without prejudice to Crawford's opportunity to refile her claims in a separate civil action, subject to the applicable statute of limitations.

**ENTERED** this 5th day of December, 2022.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE